IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:25-CV-919

| | |
|---|---|
| WG HUNTERSVILLE, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>GUIDEPOST GLOBAL EDUCATION, INC.,<br><br>    Defendant. | **NOTICE OF REMOVAL** |

Defendant Guidepost Global Education, Inc., through counsel and pursuant to 28 U.S.C. § 1446, removes this action from the General Court of Justice, Superior Court Division of Mecklenburg County, North Carolina (the "Superior Court") to the United States District Court for the Western District of North Carolina. In support of this notice, Defendant respectfully shows the Court:

### REQUIREMENTS OF 28 U.S.C. § 1446

1. This action was filed in the Superior Court on October 3, 2025.

2. Defendant was served with the Summons and Complaint in this action on October 30, 2025.

3. Pursuant to 28 U.S.C. § 1446(b)(1), this Notice is filed within thirty days after Defendant's receipt of a copy of the initial pleading setting forth the claim for relief upon which this action is based.

4. Pursuant to 28 U.S.C. § 1446(a), legible copies of all process, pleadings, and orders filed in the Superior Court are attached to this notice. Those documents include:

| Exhibit No. | Description |
|---|---|
| 1 | Complaint |
| 2 | Summons to Guidepost Global Education, Inc. |
| 3 | Civil Action Cover Sheet |
| 4 | Affidavit of Service |
| 5 | Notice of Appearance of William A. Robertson |
| 6 | Notice of Appearance of Benjamin S. Chesson |

5. Pursuant to 28 U.S.C. § 1446(d), Defendant is giving written notice of removal to Plaintiff and to the Clerk of the Superior Court, which notice is being filed with the Clerk of Superior Court.

## JURISDICTION UNDER 28 U.S.C. §§ 1332 and 1441

6. In this action, Case No. 25CV052558-910 (the "Action"), Plaintiff asserts claims against Defendant for (1) breach of contract, (2) negligence, (3) unjust enrichment, (4) unfair and deceptive trade practices, and (5) tortious interference with contract. (*See generally* Plaintiffs' Compl. ¶¶ 31–61). Plaintiff alleges that Defendant defaulted on a certain lease dated December 31, 2018.

7. Removal of this action is authorized by 28 U.S.C. § 1441(a), because this Court has original jurisdiction under 28 U.S.C. § 1332 over Plaintiff's claims.

8. Plaintiff is a North Carolina limited liability company. Upon information and belief, Plaintiff's sole member is Woodsgroup Holdings LLC. Woodsgroup Holding LLC is a Florida limited liability company. All members of Woodsgroup Holding LLC are citizens and residents of Montana. Therefore, Plaintiff is a citizen of Montana.

9. Defendant believes the foregoing is true based upon its review of corporate filings by Plaintiff in North Carolina and Woodsgroup Holdings LLC in Florida. Defendant also emailed Plaintiff's counsel on November 10, 2025 to confirm its understanding of the citizenship of Woodsgroup Holdings LLC. Plaintiff's counsel responded on November 17, 2025, confirming Defendant's understanding.

10. Defendant is a Delaware corporation with its principal place of business in Houston, Texas. Therefore, Defendant is a citizen of Texas and Delaware.

11. Accordingly, this action is between "citizens of different States." 28 U.S.C. § 1332(a)(1).

12. Defendant is not a citizen of North Carolina. 28 U.S.C. § 1441(b)(2).

13. On or around July 2, 2025, Plaintiff sent Defendant a letter demanding $675,694.64 for Defendant's alleged failure "to uphold its obligations under the Lease." Thus, "the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs." 28 U.S.C. § 1332(a).

14. Plaintiff has submitted itself to the personal jurisdiction of the Court by filing this action in North Carolina. Furthermore, the allegations in Plaintiff's

complaint are sufficient to confer personal jurisdiction over Plaintiff pursuant to N.C. Gen. Stat. § 1-75.4.

15. Venue is proper in this Court pursuant to 28 U.S.C. § 1441(a), because the Charlotte Division of the United States District Court for the Western District of North Carolina embraces the Superior Court of Mecklenburg County, North Carolina, where Plaintiff originally filed this action.

WHEREFORE, Defendant Guidepost Global Education, Inc. respectfully requests that this case proceed before this Court as an action properly removed.

This the 19th day of November, 2025.

BROOKS, PIERCE, MCLENDON
HUMPHREY & LEONARD, LLP

/s/ William A. Robertson
Benjamin S. Chesson
N.C. Bar No. 41923
bchesson@brookspierce.com
William A. Robertson
N.C. Bar No. 53589
wrobertson@brookspierce.com
505 N. Church St.
Charlotte, NC 28202
Phone: (704) 755-6010
Fax: (336) 232-9099
*Counsel for Defendant Guidepost Global Education, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing notice of removal has been served on counsel for Plaintiff WG Huntersville, LLC via email and United States certified mail, addressed as follows:

>S. Mark Henkle
>Kilpatrick Townsend & Stockton, LLP
>1001 West 4th Street
>Winston-Salem, NC 27101
>mhenkle@ktslaw.com
>
>*Counsel for Plaintiff WC Huntersville, LLC*

This the 19th day of November, 2025.

/s/ William A. Robertson
William A. Robertson